UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN CRUZ                                              :
                                                       :        23-CV-4208 (JPO) (RWL)
                              Plaintiff,               :
                                                       :
             - against -                               :        **ORDER**
                                                       :
METRO-NORTH COMMUTER RAILROAD         :
                                                       :
                            Defendant.                 :
                                                       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the amended case management plan and scheduling order entered January 12, 2024, the parties were to file a status report every 90 days.  No status report has been filed.  Accordingly, the parties are directed to file a status report by July 26, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
        New York, New York

Copies transmitted this date to all counsel of record.